# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**DUSTIN LAMONT CRAWFORD ,**

v.

**STATE OF CALIFORNIA , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:25−CV−00869−JLT−SAB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/12/2025 .**

ENTERED: **September 12, 2025**

/s/ **Keith Holland**
Clerk of Court